MEMO ENDORSED

To: Hon. Cathy Seibel (Fax No.: (914) 390-4278)

Re: Specialized Realty Services v. Town of Tuxedo, 7:12-CV-05351-CS

Date: August 17, 2016

Dear Judge Seibel,

Enclosed please find a letter from Mount Sinai Hospital in Manhattan updating the medical condition of my brother Howard Schaub. As a reminder, Howard Schaub is the attorney for plaintiff and the sole member of plaintiff in the above-referenced action. Thank you for your consideration at this time.

Sincerely,
Jeffrey Schaub

cc: Monica G. Snitily

---

I'm sorry to hear that Mr. Schaub is still ill and I wish him the best.

I will rule on the pending motion tomorrow as scheduled. He may order the transcript to obtain the details of the rulings, and anyone may attend and listen in.

Going forward, if Mr. Schaub is unable to represent his client, new counsel for Plaintiff will have to enter an appearance, lest the case be dismissed for failure to prosecute. Given Mr. Schaub's situation, he may have 60 days to find counsel — that is, new counsel must appear by 10/21/16.

So Ordered.

_Cathy Seibel_
Cathy Seibel, U.S.D.J.

Dated: 8/22/16



**Mount Sinai**

Department of Social Work Services
The Mount Sinai Hospital
One Gustave L. Levy Place, Box 1252
New York, NY 10029-6574

August 9, 2016

Hon. Cathy Seibel
Charles L. Brieant U.S. Courthouse
300 Quarropas Street, Courtroom 261
White Plains, NY 10061

Re: Specialized Realty Services v. Town of Tuxedo, 7:12-CV-05351-CS

Dear Judge Seibel,

Howard Schaub (DOB: 5/29/1961) is a patient under my care for treatment of gastric diffuse large B cell lymphoma at Mount Sinai Hospital. Mr. Schaub is currently undergoing aggressive chemotherapy and his discharge date remains unknown at this time. As a result of his illness and ongoing treatment, Mr. Schaub suffers persistent pain, fatigue, weakness, and nausea, and is extremely immunocompromised. Mr. Schaub is currently bedbound and will continue to receive ongoing disease monitoring and treatment. Therefore, Mr. Schaub is unable to work until further notice.

Should you have any questions or concerns please contact me at 212-241-7948. Thank you for your advanced cooperation in this most urgent matter.

Sincerely,

Anne Renteria, MD
Mount Sinai Medical Center
Ruttenberg Treatment Center
212-241-7921

Emily Sherlock, LCSW
Mount Sinai Medical Center
Department of Social Work Services
212-241-7948